**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DEBORAH BOLIO,                                              CASE NO.: 8:18-CV-00974-SDM-AAS

    Plaintiff,

vs.

CAPITAL ONE SERVICES, LLC,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses the above-entitled action and all claims asserted in the action against Defendant, CAPITAL ONE SERVICES, LLC, with prejudice. The parties agree to bear their own fees and costs.

    Respectfully submitted,

| **BOSS LAW** | **BURR & FORMAN, LLP** |
|---|---|
| */s/ Christopher W. Boss* | */s/ Megan P. Stephens* |
| Christopher W. Boss, Esq. | Megan P. Stephens (92557) |
| Fla. Bar No.: 013183 | 420 N. 20th Street, Suite 3400 |
| Email: cpservice@bosslegal.com | Birmingham, AL 35203 |
| 9887 Fourth Street North, Suite 202 | Telephone: 205-251-3000 |
| St. Petersburg, Florida 33702 | Facsimile: 205-413-8701 |
| Phone: (727) 471-0039 | E-mail: Megan.Stephens@burr.com |
| Facsimile: (888) 449-8792 | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 19th day of September, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, including:

Megan P. Stephens
420 N. 20th Street, Suite 3400
Birmingham, AL 35203
E-mail: Megan.Stephens@burr.com
*Attorney for Defendant*

                                                  /s/ Christopher W. Boss
                                                  Christopher W. Boss (FBN 13183)