UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEBORAH BOLIO,

    Plaintiff,

v.                                             CASE NO. 8:18-cv-974-T-23AAS

CAPITAL ONE SERVICES, LLC,

    Defendant.
_____/

## **ORDER**

    In accord with the parties' joint stipulation (Doc. 19), this action is

**DISMISSED WITH PREJUDICE** under Rule 41(a)(1)(A)(ii), Federal Rules of Civil

Procedure.

    ORDERED in Tampa, Florida, on September 19, 2018.

                                                                STEVEN D. MERRYDAY
                                                                 UNITED STATES DISTRICT JUDGE